## ORDER

PER CURIAM:

ORDER AFFIRMED.

550 A.2d 196

CROZER–CHESTER MEDICAL CENTER, a Pennsylvania Not for Profit Corporation, and Reproductive Health and Counseling Center, a Pennsylvania Corporation

v.

Thomas MAY, Miriam Andrews, Joan E. Andrews, Robert E. Moran and Mary Ann Moran.

Appeal of Gerald LYNCH, Howard Walton, David Hoch, Dennis Sadler, Debra Baker, Dr. Richard Junod, Dr. George Isajiw, Harold Stoliker, Craig Combs, Roger Shepard, Reverend Robert Lewis, Walter Gies, Margaret Caponi, Anne Knorr, Ellen Jones, Thomas McIlhenny, Thomas Herlihy, John Stanton, Henry Tenaglio, Norman Williams, Carl Knapp, Michael McMonagle, Joseph Wall, James Breen, Rita Buckley, Pasquale Varallo, Charles Mammucari, Roland Markun, Mary Byrne, Mary Anne Hayot, Anne Marie Breen, Patricia McNamara, Ellen Walton, John Martin, John O'Brien, Father Gregory Plata, Dolores McGrail, Gladys Dougherty, William Starrs, Robert Atkinson, Maureen Melly, Carolyn Killion, Kathleen Coll, Paul Neal, James Dempsey, Barbara Dempsey, Rosemary Moran and Joseph Coll.

Supreme Court of Pennsylvania.

Argued Oct. 24, 1988.

Decided Nov. 14, 1988.

Joseph D. Branca, Aston, for appellants.

Donald A. Browns, Aston, Murray Eckell, Media, for Reproductive Health.

Donald T. Petrosa, Media, for Crozer–Chester Medical Center.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.

550 A.2d 197

**Olimpia FETFATZES and J & M Dogs, Inc., Appellants,**

v.

**CITY OF PHILADELPHIA and its Department of Licenses & Inspections.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1988.

Decided Nov. 14, 1988.